**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **SNEED LEASING, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. 1:25-CV-1104-ADA-SH |
| § | |
| **NEXT UNLIMITED TRUCKING** § | |
| **SERVICE LLC and NENAD LUKIC,** § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. ECF No. 13. The report recommends that Plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b). The report and recommendation was filed on October 10, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (ECF No. 13) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs claims are dismissed **WITHOUT PREJUDICE**. The Clerk of Court is requested to **CLOSE** the case.

**SIGNED** this 10th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE